# ELECTRONIC RECORD

COA # 07-13-00386-CR   OFFENSE: 19.03

STYLE: James Jones v. The State of Texas   COUNTY: Tarrant

COA DISPOSITION: AFFIRMED   TRIAL COURT: Criminal District Court 3

DATE: 08/25/2014   Publish: NO   TC CASE #: 1226641D

# IN THE COURT OF CRIMINAL APPEALS

STYLE: James Jones v. The State of Texas   CCA #: 1303-14

_____APPELLANT'S_____ Petition   CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:   DATE: _____

_____REFUSED_____   JUDGE: _____

DATE: 12/17/2014   SIGNED: _____   PC: _____

JUDGE: Per Curiam   PUBLISH: _____   DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD